# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of: | ) |
| Facebook User Identification Numbers | ) |
| 10000420457280 | )    Case No. 18-924 M (NJ) |
| 1800416982 | ) |
| 100008007335708 and | ) |
| 100005016887116 | ) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

See Attachment A where accounts are more fully described.

located in the Eastern District of Wisconsin, there is now concealed:

See Attachment B.

The basis for the search under Fed. R. Crim P. 41(c) is:
- ◼ evidence of a crime;
- ◼ contraband, fruits of crime, or other items illegally possessed;
- ◼ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to violations of: Title 18, United States Code, Section 922(g)(5), Title 26, United States Code, Section 5861(f).

The application is based on these facts: See attached affidavit.

☑ Delayed notice of _180_ days (give exact ending date if more than 30 days: _3/13/2019_ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Special Agent Ryan Arnold, ATF
Printed Name and Title

Sworn to before me and signed in my presence:

Date: _September 14, 2018_

_____
Judge's signature

City and State: Milwaukee, Wisconsin

Honorable Nancy Joseph , U.S. Magistrate Judge
Printed Name and Title

# AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Ryan Arnold, being first duly sworn, hereby depose and state as follows:

## I.    INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for information associated with certain Facebook user IDs that are stored at premises owned, maintained, controlled, or operated by Facebook, a social networking company headquartered in Menlo Park, California.  The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user IDs.

2.      It is believed that the information associated with the following Facebook Profiles:

- **"Bob Richardson Jr.,"** Facebook ID Number 10000420457280, URL: **https://www.facebook.com/bobby.richardson.71465**,

- Facebook Username **"Parker Oshefsky,"** Facebook ID Number **1800416982**, URL: **https://www.facebook.com/parker.oshefsky**,

- Facebook Username **"Zach Krolow,"** Facebook User ID Number **100008007335708**, URL: **https://www.facebook.com/zach.krolow**,

1

- Facebook Username "**Holden Smith,**" **Facebook User ID Number**

   **100005016887116, URL:**

   **https://www.facebook.com/profile.php?id=100005016887116**

may contain evidence of violations of 26 U.S.C. Section 5861(f) (making a firearm in

violation of NFA ). As a result, a request is submitted for a search warrant to review

information associated with the aforementioned Facebook User IDs. The information to

be searched is described in the following paragraphs and in Attachment A.

3.     I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and

Explosives (ATF) and have been so employed since April 2015. As an ATF Special

Agent, I have participated in numerous investigations regarding the unlawful

possession of firearms by prohibited persons. I have also conducted investigations

related to the unlawful use of firearms, firearms trafficking, drug trafficking, and arson.

In addition, I have also received training on the specifications and licensing

requirements of silencers.

4.     Prior to my employment with ATF, I was a Special Agent with the United

States Secret Service (USSS) for approximately five (5) years. My duties included

providing and planning dignitary protection, drafting and executing Federal search

warrants, investigations of organized crime networks, investigations of threats against

USSS protectees, fraud networks, counterfeit currency investigations, and other

financial crime investigations.

2

5.      Prior to my employment with the USSS, I served as a police officer with the Chicago, Illinois, Police Department (CPD) for nearly five (5) years.  During part of my career as a CPD Officer, I was assigned to the Organized Crime Division-Gang Enforcement Unit.   My responsibilities included the investigations of street gangs, narcotics distribution, firearms violations, robbery, home invasions, operating in an undercover capacity, and the authoring and execution of search warrants.

6.      Furthermore, I know from my training and experience it is common for firearms traffickers to communicate via cellular phone through a variety of electronic media.  It also common for firearm traffickers and prohibited persons to communicate through cellular phones and electronic media to utilize the "grey market."  The "grey market" is a term commonly used to describe the procurement of firearms outside of Federal Firearms Licensees (FFLs) where firearms transactions can take place without mandatory background checks.  Although some participants in the "grey market" do find ways to validate the legality of the person's ability to possess firearms, it is also common for individuals to bypass a review by the National Instant Criminal Background Check System (NICS).   Ultimately, individuals often use social media, websites, and cellular phones to locate potential buyers for firearms and organize a transaction.  In turn, this creates a private sale and subsequently does not require the NICS background check.  In my training and experience, I know these situations can be exploited by prohibited persons and firearms traffickers.  The participants in these

3

schemes can use text (SMS) messaging, phone calls, electronic mail, messaging applications, and various social media applications such as Facebook or Twitter.

7.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other investigators and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## II. ITEMS TO BE SEARCHED

8.     The Facebook pages belonging to Robert Richardson, Jr., Parker Oshefsky, Zach Krolow, and Holden Smith, herein described as a personal website that is accessed with a username and password specific only to that page and further described in Attachment A. The following Facebook Page URLs, Facebook Usernames, and associated Facebook Identifications Numbers:

(a)     **"Bob Richardson Jr.," Facebook ID Number 10000420457280, URL: https://www.facebook.com/bobby.richardson.71465;**

(b)     **Facebook Username "Parker Oshefsky," Facebook ID Number 1800416982, URL: https://www.facebook.com/parker.oshefsky;**

(c)     **Facebook Username "Zach Krolow," Facebook User ID Number 100008007335708, URL: https://www.facebook.com/zach.krolow;**

4

(d)     **Facebook Username "Holden Smith," Facebook User ID**

**Number 100005016887116, URL:**

**https://www.facebook.com/profile.php?id=100005016887116.**

9.      The applied-for warrant would authorize the search and recovery of evidence particularly described in Attachment B.

### III.  PROBABLE CAUSE

10.     This case initiated after Your Affiant learned of possible violations of 18 U.S.C. § 922(g)(5) (possession of firearm by prohibited person) and 26 U.S.C. Section 5861(f) (making a firearm in violation of NFA).  Your affiant received information from the Sheboygan, Wisconsin, Police Department that Calvin Glazunov participated in firearm open-carry events, and may be a prohibited person as an illegal alien.  I reviewed information and police reports from local jurisdictions and found the following information, in summary, regarding Glazunov.  In addition, I have relied on such reports in the past and found them to be truthful and reliable.

11.     On June 23, 2017, Sheboygan Police Department (SPD) Detective Paul Olsen and Federal Bureau of Investigation (FBI) Special Agent (SA) Michael Meyer traveled to 1611 N. 9th Street, Sheboygan, Wisconsin, and conducted an interview with Calvin D. Glazunov regarding SPD and Sheboygan County Sheriff's Office (SCSO) uniforms possessed by Glazunov.  Glazunov invited law enforcement inside the residence and observed police uniforms, airsoft guns with tips painted black, tactical vest, duty belt, handcuffs, and a radio consistent with models carried by police officers.

5

Glazunov advised he purchased the patches online. A nametag was affixed to the SPD uniform for "C. GLAZUNOV," and the SCSO uniform bore a nametag for "A. Dundurs." Glazunov stated that he made the "A. Dundurs" uniform for his girlfriend.

## NICS DENIAL FOR A SHOTGUN

12.     On or about January 26, 2018, Glazunov was denied the purchase of a firearm by the National Instant Criminal Background Check System (NICS) after attempting to purchase a Mossberg, model 590 Persuader, 12 gauge shotgun, displaying serial number V0587728 from Federal Firearms Licensee (FFL) Blackhawk Shooting Sports located at 24 N. Business Park Drive, Oostburg, Wisconsin. NICS indicated the reason was due to Glazunov's status as an unlawful alien. A review of the ATF NICS Application Field Office Report, NTN 100HPJCN1 revealed that Glasunov was denied on January 29, 2018, and the above firearm was not transferred into his possession (listed denial reason: E- 18 U.S.C. 922 (g)(5) Illegal Unlawful Alien).

## PURCHASE OF SMITH & WESSON RIFLE

13.     On February 14, 2018, Glazunov successfully purchased a Smith & Wesson rifle, Model M&P 15-22, bearing serial number DER6104 at FFL Daane Ace Hardware in Oostburg, Wisconsin, after passing a background check. It should be noted that these checks are not conducted by ATF.

## RIFLE VANDALISM INCIDENT

14.     On March 9, 2018, Fond du Lac County Sheriff's Office (FDLCSO) Deputy Matthew Gradinjan responded to W833 County Highway SS, Auburn, Wisconsin

(Zillmer Trail), regarding a vandalism complaint. The deputy observed that a park bench sustained damage which appeared to be caused by the impact of a .22 caliber bullet. FDLCSO Deputy Gradinjan also found partial burnt pieces of documents for Glazunov near the scene.

15.     On March 11, 2018, Deputy Gradinjan made telephonic contact with Glazunov regarding the above events. Glazunov confirmed he owned a Smith & Wesson, .22 caliber, model M&P 15-22 rifle with a camouflage finish, and was present at the above location on March 9, 2018. Glazunov stated to Deputy Gradinjan that he was shooting the rifle at this location and fired the rounds into the bench.

16.     On March 13, 2018, Mr. Robert Richardson and Glazunov were interviewed by Deputy Gradinjan in the FDLCSO parking lot. Mr. Richardson confirmed Glazunov was the only person to fire .22 caliber rounds into the park bench. Glazunov also stated he shot a sign in addition to the park bench.

### GLENDALE MALL INCIDENT

17.     On April 6, 2018, Glendale Police Department (GPD) Officer Carrie Doss was dispatched to a call regarding suspicious males at Bayshore Mall located at 5800 N. Bayshore Avenue, Glendale, Wisconsin. Officer Doss located two males in question; Officer Doss observed the first male wearing tactical clothing, a vest, six loaded rifle magazines (color-coded), a duty belt, and handcuffs. This male was later identified as Glazuov. The second male was wearing a trench coat and aviator glasses, and is believed to be Robert Richardson. Glazunov provided only his first name (Calvin) to

7

the officer. Glazunov and Mr. Richardson stated they were looking for clients. Mr. Richardson refused to identify himself.

## SHEBOYGAN WALMART INCIDENT

18.     On April 7, 2018, Sheboygan County Sheriff's Office (SCSO) Deputy J.J. Boxrucker responded to a theft complaint at Walmart, 4433 Vanguard Drive, Sheboygan, Wisconsin, 53083. Also present, but in an off-duty capacity, was Sheboygan Police Department (SPD) Detective Paul Olsen. Inside the store, Deputy Boxrucker and Detective Olson observed three white males described as follows: Male One wore a tactical vest and camouflage pattern AR style rifle slung over his shoulder; Male Two wore a camouflage hunting jacket and AR type rifle slung over his shoulder; and, Male Three wore aviator glasses and trench coat. Detective Olson heard one of the individuals make a statement claiming they "we're going to get a rise out of people." The three males approached the uniformed SBSO deputy who was on-scene regarding the theft complaint. Detective Olsen heard one of them ask if there were any policies about carrying their guns in Walmart. All three men wore black patches with a white outline of the state of Wisconsin with two (2) rifles crossed. These men were later identified as follows:

- MALE 1: Calvin D. Glazunov, M/W, DOB: 03/11/1998, 1611 N. 9th St., Sheboygan, Wisconsin 53081;

- MALE 2: Zachary W. Krolow, M/W, DOB: 12/03/1998, 2019 Van Buren St., New Holstein, Wisconsin 53177;

8

- MALE 3: Robert C. Richardson Jr., M/W, DOB: 08/12/1999, 1111 Ashland Ave., Sheboygan, Wisconsin 53081 (present during incident where the park bench was shot).

19.     On April 7, 2018, the Facebook Page, "Sheboygan Scanner," a civilian page run by people who listen to the Sheboygan police scanner, posted information about a theft at Walmart believed to be regarding the above incident.  Another Facebook user replied, "There was just two guys with AR-15 in there too."  In response to the aforementioned comment and other comments regarding the men with AR-15s, Facebook Username "Calvin Glazunov" posted the following remarks:

- "That was me open carry, if people have a problem with my 2nd amendment rights, they can suck my big dick."

- "Its funny how everyone looked surprised when the deputies shook our hands and kept escorting us around, and that off duty detective kept trying to take videos, I'm going to get him busted for video taping me without consent."

- "People don't understand that the latest shooting have big occurring in towns were you least expect it.  Plus I dont mind open carrying and pissing people off, it made me feel like a king, as everyone darted out."

20.     Affiant reviewed the above posts for Facebook Username "Calvin Glazunov" and performed a Facebook inquiry for "Calvin Glazunov."  Affiant observed

9

a Facebook Username "Galvin Glazunov" displaying the same profile picture as the one in the comments above corresponding to Facebook ID # 100008149452383 and URL: https://www.facebook.com/kalvin.glazunov. Affiant also observed a Wisconsin driver's license photograph of Glazunov and believed the photograph matched the person in photographs posted to this Facebook page. In addition, a review of a picture revealed a person believed to be Glazunov holding an object consistent with a Smith & Wesson, M&P .22 caliber rifle as described above.

21.    Affiant observed a second page with the Facebook Username "Calvin D. Glazunov," Facebook ID # 100008712457374, and URL: https://www.facebook.com/profile.php?id=100008712457374&ref=br_rs and observed a photograph consistent with the appearance of Glazunov.

## SECOND ZILLMER TRAIL INCIDENT

22.    On April 7, 2018, Game Warden William Mitchell discovered four men with AR-15 style rifles and a shotgun at the Zillmer trail shelter. The jacket of one of the men displayed a patch that read, "Wisconsin Private Military Group" and explained to Game Warden Mitchell that they had previously used the shelter. The men were not identified, but three vehicles were observed in the area. Law enforcement was able to query the information for two of the vehicles. A subsequent review of the information revealed one vehicle was registered to Calvin Glazunov.

10

## SHEBOYGAN OPEN CARRY & VERIFICATION OF RIFLE SERIAL NUMBER

23.     On April 21, 2018, Glazunov attended an open carry march where firearms were displayed and viewable to the public.  During the march, Glazunov provided uniformed SPD Officer Ryan Walloch his rifle to inspect.  SPD Officer Walloch obtained the make, model and serial number of the firearm (Smith & Wesson, Model M&P 15-22, .22 caliber rifle, camouflage finish, displaying S/N: DER6104).  Officer Walloch observed live, .22 caliber ammunition inside the magazines for the rifle. Glazunov advised he loved the camouflage pattern of the rifle so he purchased it from Daane Hardware (Oostburg, Wisconsin) for approximately $550.  The entire meeting between the officer and Glazunov was recorded by SPD body camera.

## INITIATION OF FACEBOOK CONVERSATION WITH ATF UNDERCOVER AGENT

24.     On April 25, 2018, an ATF undercover (UC) Special Agent  contacted Glazunov via Facebook messenger at Facebook Username "Calvin Glazunov," URL: https://www.facebook.com/kalvin.glazunov, Facebook User ID: 100008149452383. The UC inquired as to the make and model of the rifle Glazunov owned.  Glazunov explained he possessed an "M&P 15-22 Krptek Hylander Camouflage" (AR-15 style rifle). The UC asked Glazunov if he owned any additional firearms.  Glazunov responded he did not own any additional firearms, but advised he was focused on upgrading uniforms, vests and kevlar helmets.  The UC then requested to purchase the aforementioned AR-15 style rifle from Glazunov.  Glazunov responded that he would sell the rifle to the UC for four hundred and fifty dollars ($450.00).  Glazunov explained

11

he needed to purchase a new firearm before he would sell his current one because he always preferred to be armed with a firearm. Glazunov sent the UC a photograph of the firearm for sale. The firearm is described as an AR-15 style rifle with camouflage finish. Glazunov described this firearm as an "M&P15-22."

25.     Glazunov then, unsolicited, explained to the UC that he was interested in trying an improvised suppressor (silencer) on the aforementioned rifle. The UC asked Glazunov if he knew how to make an improvised suppressor. Glazunov explained his "friend" knew how to make one "out of a soda can and some other stuff." Glazunov explained that an improvised suppressor would allow him to shoot the firearm anywhere as long as he (Glazunov) had a bag affixed to the firearm in order to catch the ejected casings. Affiant knows from training and experience that using a suppressor muffles the sound (report), and minimizes the chances of detecting a shooter and the shooter's location. Affiant also knows that removing shell casings from the scene can be a tactic to thwart law enforcement investigations. UC asked when Glazunov planned to make the improvised suppressor. Glazunov replied, "Maybe this weekend." The UC also asked if Glazunov had previously attempted to make an improvised suppressor. Glazunov explained he had not tried to make an improvised suppressor before but was excited to try. Glazunov continued, "IK it's illegal tho" ("IK" is an abbreviation for "I know"). The UC then requested to purchase an improvised suppressor from Glazunov. Glazunov explained that he would need to test the improvised suppressor before

12

recommending them to others. The UC asked Glazunov how much it would cost to purchase an improvised suppressor, and Glazunov responded that he did not know.

26.    On April 29, 2018, the UC asked Glazunov via Facebook if he had tried to make the suppressor over the weekend. The UC explained he/she wanted to purchase the rifle and suppressor together.

27.    On April 30, 2018, Glazunov responded via Facebook that he did not try to make the improvised suppressor yet. Glazunov explained he did not know how to build one and his "friend" did not "seem so enthusiastic about it." The UC explained that he/she still wanted the firearm and would contact Glazunov again in a few days.

28.    On May 2, 2018, Glazunov Facebook messaged the UC and asked, "So what's the plan?"

29.    On May 4, 2018, Glazunov explained he needed to know by the end of the day and could not wait any longer. Glazunov explained otherwise he would sell his firearm to the gun store in exchange for the new one. Glazunov later messaged the UC and explained he purchased his new "AR-15" but it was "delayed."

### REVIEW OF A-FILE BY HOMELAND SECURITY INVESTIGATIONS

30.    Between May 3 and 4, 2018, Homeland Security Investigations (HSI) S.A. Nicholas Doktor reviewed Glazunov's Alien file, (A-File), and stated that Glazunov held "no status" and therefore is prohibited from possessing a firearm.

## SECOND NICS DENIAL

31.     On May 7, 2018, your affiant reviewed ATF Brady Operations Branch, NICS Referral Application Field Office Referral Report regarding a May 4, 2018 attempt to purchase a firearm by GLAZUNOV from FFL Daane Ace Hardware, 936 Center Avenue, Oostburg, Wisconsin (NTN: 100LZGWT).   My review of the report revealed that Glazunov was denied on May 4, 2018, under Denied Number RESP-17709913 pursuant to Prohibited Category E-18 USC 922(g)(5) Illegal Unlawful Alien.

## UNDERCOVER PURCHASE OF RIFLE

32.     On May 7, 2018, the UC contacted Glazunov regarding the status of the rifle.  Glazunov responded approximately six days later.  Glazunov stated that they had previously communicated on Glazunov's secondary Facebook account; however, he would now contact the UC from his primary Facebook account.  Subsequently,  the UC received a Facebook Friend Request from Facebook Username "Calvin D. Glazunov," Facebook User ID Number: 100008712457374, URL: https://www.facebook.com/profile.php?id=100008712457374.  Glazunov the communicated with the UC from this account after the providing the Facebook Friend Request which the UC accepted.

33.     On May 15, 2018, Glazunov asked via the above Facebook page if the UC wanted to purchase the rifle on that day.  The UC and Glazunov agreed on a price of $450 for the rifle.  They agreed to meet at 5:00 p.m. on the street at 1315 N. 23rd Street, Sheboygan, Wisconsin, in front of the Sheboygan Police Department.

14

34.     At approximately 5:13 p.m., the UC and Glazunov met at the above location. Glazunov arrived in a grey BMW automobile with Robert Richardson in the passenger seat. The UC approached the trunk of the BMW where he met with Glazunov and Richardson. Glazunov removed the Smith & Wesson, Model M&P 15-22, .22 caliber rifle, camouflage finish, displaying serial number DER6104 from the trunk of the vehicle. In exchange, the UC provided Glazunov four hundred fifty dollars ($450.00) in pre-recorded government funds. After Glazunov received the money, Glazunov provided the Smith & Wesson rifle, Model: M&P 15-22, bearing serial number DER6104, three magazines for the rifle, an unknown amount of .22 caliber ammunition and a cardboard gun box to the UC. Glazunov completed a bill of sale for the rifle. Glazunov and the UC signed the documents, and Richardson signed as a witness. A copy of the document was provided to the UC and Glazunov took another copy of the document for his own records. During this encounter, Glazunov explained to the UC that he was not a United States citizen.

35.     The UC inquired about the suppressors mentioned above to which Glazunov replied, "No, we were talking about the soda can suppressor yesterday but we didn't get to it yet, but we want to."

36.     The UC observed Richardson and Glazunov wearing patches indicating membership in a militia group. During the course of the transaction, Glazunov extended an opportunity to the UC to join Glazunov's militia. Richardson added that

15

the UC's membership would have to be cleared by the other members of the militia before the UC would be allowed to join.

37.     Your affiant has completed the ATF Interstate Nexus training.  In particular, affiant visited the Smith & Wesson factory in Springfield, Massachusetts, and knows from information provided by Smith & Wesson that this firearm was not manufactured in Wisconsin.  Subsequently, the firearm traveled in interstate commerce for it to be present for the above transaction.

## IDENTIFICATION OF MILITIA AND IT MEMBERS

38.     On June 1, 2018, United States Magistrate Judge Nancy Joseph signed a Federal search warrant for the following Facebook Pages of Glazunov: Facebook Username "Calvin Glazunov," URL: https://www.facebook.com/kalvin.glazunov, Facebook User ID: 100008149452383 and Facebook Username "Calvin D. Glazunov," Facebook User ID Number: 100008712457374, URL: https://www.facebook.com/profile.php?id=100008712457374. Affiant received these results and analyzed the content.  The results indicated that Glazunov was a member of a militia known as the "Wisconsin Private Militant Group" or "WPMG."  The militia appeared to be comprised of approximately five (5) members and was actively recruiting subjects with skills the group found desirable such as military experience, survival experience, firearms proficiency, and other skills commonly associated with militia groups.  Your Affiant was able to observe the publically viewable portions of these Facebook pages utilized by the other militia members, compared the images to

16

Wisconsin driver's license photographs, and identified the following subjects as members of the Wisconsin Private Militant Group linked to the following Facebook profiles:

- ROBERT C. RICHARDSON, JR. (M/W, DOB: 08/12/1999), Facebook Profile Name: **Bob Richardson Jr. (100004204572809),** **https://www.facebook.com/bobby.richardson.71465**

- PARKER L. OSHEFSKY (M/W, DOB: 11/23/1997), **Parker Oshefsky (1800416982),** **https://www.facebook.com/parker.oshefsky**

- ZACH W. KROLOW (M/W, DOB: 12/03/1998), Facebook Profile Name:  **Zach Krolow (100008007335708),** **https://www.facebook.com/zach.krolow**

- HOLDEN MOUNTAIN SMITH (M/W, DOB: 07/25/1998), Facebook Profile Name: **Holden Smith (100005016887116),** **https://www.facebook.com/profile.php?id=100005016887116**:

39.     During a review of the conversations between the above members, Affiant observed conversations regarding the manufacture of Molotov cocktails, improvised grenades, organizing protests at abortion clinics, ideas of violence projected towards Muslims and individuals of a liberal political affiliation.  The following are examples of conversations between the group, recruits, and other Facebook users of the aforementioned topics:

17

## PLANNED PARENTHOOD ARMED PROTEST

40.    Affiant observed an ongoing conversation regarding a staged protest at Planned Parenthood in Sheboygan. Members of the militia indicated that they wished to contact rival sides of the abortion argument and decided they would contact "Antifa" and anti-abortion groups. The militia would be armed and strategized how, when, and if to use their firearms during the protest. The following is a summary of the conversation:

**05/13/2018:**
RICHARDSON: We gotta open carry outside of this monstrosity

SMITH: Or shoot it up

RICHARDSON: Once we get bigger, right now we just go there and look scary.

RICHARDSON: We'll probably get counter protesters and if they get violent we can stomp some libtards.

KROLOW: They killing millions of innocent kids a day

RICHARDSON: Let's open carry there next weekend.

SMITH: I would not be opposed to it

RICHARDSON: Or this coming weekend rather

RICHARDSON: I say we think of a chant if we get opposition

KROLOW: I mean I can see abortion for medical reason or if someone was raped but if you're just going there because you fucked up

RICHARDSON: There enough of a minority we don't have to worry about it.

KROLOW: What minority we are the minority the right wingers

RICHARDSON: Exactly.

18

RICHARDSON: But yeah, I say we notify the cops what time it's happening then we do it.

RICHARDSON: What about the chant? 1 2 3 4 abortion makes you a murderous whore?

RICHARDSON: If we want an actual response we should consider getting a little rough with the language.

KROLOW: If this isn't me I don't know what is

RICHARDSON: Hold up with the videos Zach, we need to plan this out more.

KROLOW: But did you watch the whole thing

RICHARDSON: Yeah, improvised watercraft.

KROLOW: You think that's definitely me

RICHARDSON: Yeah lol, what do you think though? We need a chant that'll trigger the libtards

RICHARDSON: I still like 1 2 3 4 abortion is for murderous whores.

KROLOW: Yeah we do but actually it has to be something catchy

RICHARDSON: One of us should message the Great Lakes antifa branch and tip them off about our plan lmao

RICHARDSON: I say bring a couple baseball bats Incase they get violent

SMITH: We should chant and have signs anyways, even without opposition

KROLOW: And when we do do that we got to have the statistics down how many abortions are done a day

RICHARDSON: Yeah but wouldn't it be awesome for antifa to show up?

SMITH: Otherwise our "protest" would just be armed thugs marching around by their building

19

SMITH: Yeah someone contact great lakes antifa and Milwaukee antifa

RICHARDSON: We carry guns but we can have signs too, I know a guy who' not 18 but I'm sure he'd be honored to be a sign holder

KROLOW: We could use our Vape clouds to smoke them out

SMITH: And someone else reach out to local anti-abortion activists. Get a whole protest going

SMITH: Kek 😂🤝🖤🖤

KROLOW: We would totally have the news there dude

KROLOW: That would be all fun and games until it actually gets violent

RICHARDSON: It'd be the coolest shit ever if we could somehow contact Adam Calhoun

KROLOW: And Upchurch

RICHARDSON: If he'd go we'd have a goddamn army behind us

SMITH: Yeah I will dreg facebook and see if there are any local activist Groups

SMITH: Maybe print some flyers and put them up in churches

RICHARDSON: Let's do it

KROLOW: And Graham Allen

RICHARDSON: And if it does get violent we'll be ready.

KROLOW: We could always make some smoke bombs so I can get out of there

KROLOW: We can get out of there

SMITH: Nah antifa are pussies

20

SMITH: We could all just get batons and smack em back the way they

Came

KROLOW: This shit is scary

RICHARDSON: One more thing, if they get violent and attack us do we open up on them or just beat on them?

KROLOW: Either way we can claim self-defense

SMITH: Beat on them unless you see blades, then it will be open fire time

SMITH: Remember to shoot low so bullets font rip through the crowd and

stay perceptive, watch behind your target

KROLOW: I think if we're going to do this we got get a lot bigger group that

way last chance of them getting violent because of how many

people there are with guns

SMITH: Theres always police at protests and it has never stopped them

Before

RICHARDSON: I don't know Zach, if we all have AR-15s I don't think they'll try anything.

KROLOW: But still bigger the better

RICHARDSON: Everyone should invest in a 40 round clip or maybe even a drum

SMITH: We should make protest signs out of pvc pipe and fill the end caps

with heavy dhit

SMITH: *shit

KROLOW: and make it like a dead blow hammer

SMITH: Yeah that way we can just beat an back with the signs

RICHARDSON: Everyone needs a vest too, Could anyone get some steel plates to beef them up more?

21

RICHARDSON: Right now our vests are stab resistant at the most

KROLOW: Mine isn't even stab resistant

SMITH: Alright found the Wisconsin Right to Life Sheboygan chapter

KROLOW: what is that

SMITH: Anti Abortion activists

SMITH: Tagged you guys in a private post on fb

KROLOW: What do you mean tagged us on a private Facebook

SMITH: I mean only you guys can see it its not public

SMITH: We have to keep the operation low key until it is planned

KROLOW: I have not gotten anything yet from you

SMITH: Fucking fb one sec

SMITH: http://wrtl.org/sheboygan/

KROLOW: I think they would probably be on our side wouldn't they

SMITH: I think so. They are probably all Christian and somewhere right of

Center

SMITH: Everyone else in the group needs to get on board before we start

reaching out though

SMITH: We need to have a scheduled date, time, make sure we are all

availabe, make signs and then reach out to all allies and then kick

the antifa beehive

KROLOW: Should I tag Calvin and Parker right now so they can see this

SMITH: Yeah get them in the loop be4 Calvin comes back and drowns our

plans in memes

KROLOW: @Calvin D. Glazunov @Parker Oshefsky

22

SMITH: I will make a Google doc and link you guys just send me your

Emails

RICHARDSON: and Calvin, NO TALKING ABOUT THIS UNTIL IT'S GO TIME!

KROLOW: Redneckhunter559@gmail.com

KROLOW: Lowercase r

RICHARDSON: bobjrrichardson99@gmail.com

SMITH: Alright I will get to work

RICHARDSON: And lastly. We need to beef up our vests Incase one of those

shitbags try's to stab us

RICHARDSON: Zach, I'm sure that wouldn't be hard for a man of your skill set to figure out. Holden, you and me should get some steel plates and put them in our vest pockets

SMITH: I will stick to my vest, a stab would just get us more media attention and paint them out as villains

RICHARDSON: They won't know, there's pockets in the vests where you can put

plates

RICHARDSON: I say just getting some steel sheets would be way cheaper than

ballistic plates

SMITH: No I'm saying if they try to stab me id let it happens

SMITH: *happen

SMITH: Good media bait

RICHARDSON: They won't report it. It won't fit the agensa

SMITH: Local news will report it

23

SMITH: Then we will have more local support

RICHARDSON: Yeah but it's not worth the risk of letting one of those college rejects sever an artery

SMITH: Death would definitely get media attention

SMITH: Besides they have no clue where arteries are

RICHARDSON: But why let one of those little shits be the one to kill you.

SMITH: I doubt it would happe

RICHARDSON: I don't wanna die at the hands of some tranny faggot lol. That'd be embarrassing.

SMITH: Autocorrect hates the word happen for some reason. And yeah it would suck but everyone would hate antifa even more.

RICHARDSON: Idk, I'm in favor of beefing up our vests

RICHARDSON: Just as a cautionary thing

KROLOW: I'll look into making some airsoft grenades 4 Non lethal deterrent

RICHARDSON: If they try and stab us then they'll be in for a surprise.

RICHARDSON: And that's a good idea Zach

KROLOW: And smoke grenades

RICHARDSON: Yeah, it'd be nice to be able to smoke them out

KROLOW: In general it would be a good thing for militia for when it hits the Fan

RICHARDSON: We need to think of a way to make the signs durable too, Incase we need to slam on one of the fucks without it breaking

SMITH: Pvc pipe with steel pipe inside

24

RICHARDSON: That's the ticket

KROLOW: That would be for lethal

KROLOW: Are there any fireworks stores around Sheboygan

RICHARDSON: I say we get some guys under 18 to carry the signs. Any antifa wants to hit them it'll be a child abuse charge for them

RICHARDSON: That and they could hit them back with the sign without getting in hardly any trouble

SMITH: Linked you guys in

RICHARDSON: What's the plan if one of these dipshits gets violent? I say we rip there mask off and get a picture of there face

SMITH: We need a date and time that works for everyone

RICHARDSON: I still think we should bring some bats just Incase, we'll have the reach over anything they'll being then.

RICHARDSON: Bring them

RICHARDSON: then

KROLOW: Check this out i think for the air soft grenade i will be useing smokeless powder

KROLOW: Is just that little bit can do that much think about a lot for a nonlethal grenade

**05/14/2018**
SMITH: me bob and Zach made a plan for an open carry protest by the new planned parenthood

GLAZUNOV: Why am I not invited

GLAZUNOV: I'm going to daane hardware to fill out my gun sale form, after that

25

I'm avalible. Wanna go to a bar by Zillmer? Me, Bob and Parker went there and didn't get ID-ed

SMITH: Possibly lmk when your done at daanes

**05/15/2018**
GLAZUNOV: So what's the plan with open carrying to the planned parent good

SMITH: We need to schedule a date and time and make signs

GLAZUNOV: Yeah

SMITH: Then we need to reach out to other anti abortion activists locally

GLAZUNOV: For now I think we should open carry on Sunday after that clean up and brat with a cop

SMITH: *Thumbs up emoji*

SMITH: When we have everything scheduled we will kick the antifa beehive

GLAZUNOV: Cause it would be nice to combine both, instead of meeting up two separate days

GLAZUNOV: We should have Chase sit somewhere with a sniper and another person watching his bacj

### ANTI-ISLAMIC CONVERSATION

41. The following reviewed Facebook conversation indicates that Glazunov, militia members, and other associates may hold anti-Islamic viewpoints that in some cases suggest future acts of violence.

**06/30/2017:**

*Calvin D. Glazunov commented on a post from June 30, 2017.* `well, accept fuck islam and fuck liberals

**07/01/2017:**

*Calvin D. Glazunov commented on a post from June 30, 2017.* `If that baby is Islamic, then idgaf (shorthand for I don't give a fuck).

26

**07/04/2017:**

GLAZUNOV: hey lets fry up some bacon, wrap baseballs with bacon, il pitch and

you hit them into mosques

Eddie Sanchez (100007936454940): *Sends thumbs up emoji*

**07/24/2018:**

*Calvin D. Glazunov commented on a post from July 21, 2017.* `That moment
when you realize that you can fit all your spare glock magazines in just one big
pocket, lmfao. Enough magazines & ammo to take out the entire mosque`

**08/03/2017:**

GLAZUNOV: il need to upgrade it to AMX 13 90 once i grind some xp on it
lmfao (reference to a military tank model from World of Tanks video game).

Schar Williams (100005182298821): Lol

GLAZUNOV: maybe the B-C 25t, and we can go roast mosques

GLAZUNOV: Accept il be the gunner, you can drive

Schar Williams (100005182298821): Hell yeah

**10/07/2017:**

*GLAZUNOV sends an image to RICHARDSON*

27



GLAZUNOV: Sitting here and wishing I could unload these into 130 Muslims

RICHARDSON: 556?

GLAZUNOV: Yeah

**10/18/2017:**

GLAZUNOV: if I ordered 30 pounds of incendiary 5.56, what would we shoot it at?

GLAZUNOV: cause they normally cost $4 per shot, and i found a place to buy them where they cost $2.50 per shot

Phillip Gabrielse (824220535): Your bmw

Phillip Gabrielse (824220535): haha

Phillip Gabrielse (824220535): Jk

GLAZUNOV: how about we staple some bacon to the mosque and shoot that?

Phillip Gabrielse (824220535): Lol that sounds goods

GLAZUNOV: We should have Chase sit somewhere with a sniper and another

28

person watching his bacj

**10/26/2017:**

*GLAZUNOV sends image to Eddie Sanchez (100007936454940)*



*Eddie Sanchez (100007936454940):* Jajajaja

*Eddie Sanchez (100007936454940):* All the Muslims

GLAZUNOV: Go back to their giant sandbox

*Eddie Sanchez (100007936454940):* Jajajaja

**11/03/2017:**

GLAZUNOV: Do any of you know what's going on in Sheboygan? There is some

major police activity across my house

GLAZUNOV: So far it sounded like a drug bust when I talked to them, they all

left besides one, but after I bin watching the officwr for more then

an hour they all returned swarming

Phillip Gabrielse (824220535): Check Sheboygan Scanner

GLAZUNOV: I tried, it said they were requesting EMS to pull taser probe out of

someone's body

29

GLAZUNOV: Lol

GLAZUNOV: I was sitting in my car holing to see one of the Muslims get shot but sadly that didn't happen

GLAZUNOV: *hoping to see

Phillip Gabrielse (824220535): Go shoot them

GLAZUNOV: Nah, I don't feel like getting a murder charge today, or getting

show but 12 officers

GLAZUNOV: *shot

GLAZUNOV: Maybe some day il get myself a warehouse or barn in the country,

and I can dissolve bodies in hydrochloric acid after I kill them 😂😂😂

Ben Gabrielse (512405544): That's pretty messed up

GLAZUNOV: Just kidding, hey your no better you got a silo full of dead bodies,

remember you told me years ago lol

**01/13/2018:**

*Calvin D. Glazunov commented on a post from January 11.* `fuck islam, they come here as refugees because of islam, then they demand it here.... THEN FUCKING GO BACK, YOU STUPID SHEEP FUCKERS`

**01/21/2018:**

*Calvin D. Glazunov commented on a post from January 20.* `Fuck refugees, go back to your shithole if you want islam`

**03/26/2018:**

GLAZUNOV: Fucking sheep tickets want Islam,GO THE FUCK BACK HOME

SMITH: They cry about womens rights then cry that we're not letting

muslims invade our country. Their logic is shit

*GLAZUNOV sends thumbs up emoji*

GLAZUNOV: Yeah, they are focused on pleasing on genre of people but they

30

forgot about the original genre of people that got then the freedom

in the first place

SMITH: I think it's high time for Civil War 2

GLAZUNOV: Emergency funds are being given to those sheep fuckers that have

zero care for our laws or our beliefs for peace

GLAZUNOV: Yeah

SMITH: Antifa thinks theyre so tough, wait until a gang of tactical

conservatives who have been stocking up for years comes up on

em and blows them away

GLAZUNOV: Antifa is fucking gay

GLAZUNOV: Shitters with no skill or training

SMITH: good luck blocking a .308 with your little protest shield lol

**04/07/2018:**

GLAZUNOV: Zach is bringing three bundles and scrap wood

OSHEFSKY: Alright that works then!

*GLAZUNOV sends thumbs up emoji*

GLAZUNOV: Il bring my neighbors cat so we can throw it in the campfire

OSHEFSKY: Jesus 😊

GLAZUNOV: I also have some gunpowder from three shotgun shells we could

light before we leave

OSHEFSKY: Fuck yea 😊

GLAZUNOV: I incidentally bought a box of 16 gauge shells, so I decided to cut

them open for gun powder, I might cut them all now and light 25

shells worth of powder

31

GLAZUNOV: Might sound like a bomb

OSHEFSKY: That would sound pretty badass

GLAZUNOV: Let me get to it then

GLAZUNOV: Or we can do it there

GLAZUNOV: I was thinking I can make improvised grenades, just put the gun powder in a ball from 25 shells, wrap it in tape then add a firework fuse, then we put it in the bag with pellets from the 25 shells, which each shell I counted had about 125-130 pellets, so that's 3,125-3,250 pellets, once the fire on the fuse reaches the powder, 3k pellets fly all directions lol

GLAZUNOV: Doesn't take a genius to make something super deadly

OSHEFSKY: 😊 better run like hell when you light it

GLAZUNOV: Nah, park your avalanche 100 feet away, we run and hide behind it

GLAZUNOV: Or light it inside the mosque by Oostburg

OSHEFSKY: 😊 oh god.

GLAZUNOV: That might take out the walls, if you put the pellets only on horisontal across

GLAZUNOV: And the roof caves in

GLAZUNOV: We could destroy a mosque with a $15 dollar box of ammo

GLAZUNOV: Put some other pellets in, like the double lock buck, the military one with 9 bigger pellets

OSHEFSKY: Holy fuckkkkkk

GLAZUNOV: I would laugh so hard

GLAZUNOV: Break a window with a brick ,light the grenade and run like hell

32

**04/08/2018:**

GLAZUNOV: Zach & Holden you guys wanna open carry to walmart?

GLAZUNOV: I will call ahead of time and give the local police a heads up, so they dont came swarming with swat

RICHARDSON: Zach's down

GLAZUNOV: Holden? you going

GLAZUNOV: Hey Zach, you should do this to your AR

*GLAZUNOV sends an image*



GLAZUNOV: The Bayonet makes it look very intimidating

GLAZUNOV: My friend Andres Mandoza might join us

GLAZUNOV: Should I ask my friend from Turkey to wear a burka, a robe with an ak-47? 😊😊

OSHEFSKY: Oh boy

GLAZUNOV: Watch people drop and ditch their carts and just run

OSHEFSKY: 😊

RICHARDSON: Bring an ak lol no Arab gear lol

*OSHEFSKY sends audio clip to group*

33

OSHEFSKY: Wtf damn messanger

GLAZUNOV: Wear Iraqi flags

SMITH: Lol why

OSHEFSKY: We gona get shot lol

GLAZUNOV: Play the isis song

OSHEFSKY: When u guys going

GLAZUNOV: Let's open carry like that to the mosque

GLAZUNOV: 😂😂😂

OSHEFSKY: I have to buy a new strap before I can carry mine

GLAZUNOV: The lead person will give us a hug

**04/12/2018:**
GLAZUNOV: Hey, how about we get Waffen SS uniforms for out group, and

MP40s

GLAZUNOV: 😂

SMITH: I would be down

GLAZUNOV: 😂😂😂😂

SMITH: The public might not be tho

GLAZUNOV: Let's get a Kubelwagen for the parade

SMITH: My family already has a VW thing

GLAZUNOV: Oh shit, should we really? For the fun of it

SMITH: No the WPMG would instantly get flagged as a hate group

GLAZUNOV: Yeah lol

GLAZUNOV: Better to stick with modern tactical aesthetics

SMITH: Although I would get a Kevlar stahlhelm if they made them 😂😂

34

GLAZUNOV: Lets get Burkas and Muslim robes and ak-47s

*GLAZUNOV sends image to SMITH*



GLAZUNOV: 😂😂😂😀

OSHEFSKY: Thought we were anti terrorist groupie 😂

OSHEFSKY: Group

GLAZUNOV: We are, but this is just to put people in the edgr

OSHEFSKY: 😂 alright lol

SMITH: Yeah we are antita

GLAZUNOV: Go to the mosque dressed like that

SMITH: Not to be confused with antifa

GLAZUNOV: The leader of the mosque would give us a hug lol

SMITH: Sheb has a mosque?

**04/14/2018:**
KROLOW: Do we know anyone who is over 21 so we can get some Tannerite

GLAZUNOV: or make some, aluminum powder and fertilizer

GLAZUNOV: Lets practice shooting behind cars like these guys

35

https://www.youtube.com/watch?v=W7LSdQ-2vKw

OSHEFSKY: What? Tanner it's is 18

GLAZUNOV: yeah it might be

OSHEFSKY: I've bought it before

OSHEFSKY: Honestly it's lame af

GLAZUNOV: Yeah

GLAZUNOV: I shot 2 before

OSHEFSKY: At sounds like a shotgun shell going off that's it

OSHEFSKY: I'd rather make my own explosive version

GLAZUNOV: let me a legit dynamite

GLAZUNOV: fuck you and you neighbors corn field

OSHEFSKY: Ur not blowing up are cornfields >.>. We have the giant pot to blow stuff up in

OSHEFSKY: Pit

GLAZUNOV: oh ok fine

GLAZUNOV: lets make a crater then

GLAZUNOV: fuck, do you need the house at all?

GLAZUNOV: looks old anyway, lets blow it up

OSHEFSKY: I'll bring u inside it was tore down and rebuilt 6 years ago

GLAZUNOV: lol I'm just kidding

GLAZUNOV: if we were going to blow something up, it would be the mosque

GLAZUNOV: they want their culture so much, we will bring it to their door steps

OSHEFSKY: You and that mosque got some beef?

36

GLAZUNOV: I don't like those sand niggers

OSHEFSKY: Lol

GLAZUNOV: throw a Molotov cocktail at it

OSHEFSKY: See now we can't do that because u said it in this chat

GLAZUNOV: ☹

GLAZUNOV: Yeah

**05/06/2018:**
GLAZUNOV: *GLAZUNOV sends the following image:*



GLAZUNOV: Who wants to buy an ounce of Gunpowder

GLAZUNOV: 😁

OSHEFSKY: What do I need that for

GLAZUNOV: Blowing up the mosque

GLAZUNOV: Put it near the building and hit it with a hammer lol

## THE KNOWLEDGE, MANUFACTURE, AND SUSPECTED USE OF NAPALM, MOLOTOV COCTAILS, AND OTHER IMPROVISED EXPLOSIVES

42.    Affiant reviewed the Facebook results and observed conversations regarding the manufacture and use of Molotov cocktails, the manufacture of homemade napalm (for use inside the Molotov cocktails), and indication of knowledge of how to make additional destructive devices. Your affiant knows from training and experience that homemade napalm is a common substance used in the Molotov cocktails. Furthermore, Affiant knows that glass bottles, wicks, flammable products, and Styrofoam are common material used in a Molotov cocktail. Your Affiant, also observed aluminum powder and fertilizer mentioned in the Facebook conversations. Aluminum powder can be found in fireworks but can also be utilized as a fuel in explosives. Fertilizer can also be used in the production of explosives. The following is a summarization of those conversations regarding the above topics:

**04/07/2018:**
GLAZUNOV: Can one of you bring five empty shotgun shells 12 gauge?

KROLOW: For what?

GLAZUNOV: I got gun powder to put all the way to the top, tape it down and shoot a full shotgun shell of powder 😄

GLAZUNOV: If Bob brings the Kreigshoff 12 gauge, it's a breach load and will fit any 12-gauge

38

GLAZUNOV: The kick back will be quite big tho, I mean I can fit five shotgun shells of powder into one shell

KROLOW: All the power will not burn at once trust me would have to fill it halfway and then pack some paper towel or something into it

GLAZUNOV: Ok

GLAZUNOV: How do the 50 cal work then? I mean they stuff it all in

GLAZUNOV: But even half would be awesome

KROLOW: What do you mean

GLAZUNOV: 3x stronger kickback

KROLOW: What do you mean by with the 50 cal

GLAZUNOV: Well the 50 cal has a lot more powder in it, how does it go off then

KROLOW: I will tell you this right now I'm surprised I'm not labeled as a terrorist because of how much I know

KROLOW: And look up

GLAZUNOV: was thinking I can make improvised grenades, just put the gun powder in a ball from 25 shells, wrap it in tape then add a firework fuse, then we put it in the bag with pellets from the 25 shells, which each shell I counted had about 125-130 pellets, so that's 3,125-3,250 pellets, once the fire on the fuse reaches the powder, 3k pellets fly all directions lol

GLAZUNOV: Or mix it evenly in the bag

GLAZUNOV: Nvm that won't work, the pellet will sink to the buttom

KROLOW: I know how to make trip line mines and pipe bombs and more

*GLAZUNOV sends a thumbs up emoji*

39

GLAZUNOV: I know how to make gun powder, and I had fbi over by my house before, stupid dicks

KROLOW: But I still don't know how to make c4

GLAZUNOV: It's just flammable clay…

GLAZUNOV: Try using regular clay for art, then soak it in diesel and let it absorb, and try lighting it and see if it's flameable

GLAZUNOV: Do you have gas can you could bring? I have Styrofoam and we could make napalm

KROLOW: Where would we burn that

GLAZUNOV: I would put a little bit in the fire pit, that way the fire will start Faster

KROLOW: I might have some gas

**04/12/2018:**

GLAZUNOV: I'm bored and got nothing to do I wanna try the Molotov cocktail

GLAZUNOV: We need oil, acetone, rubbing alcohol and gas

GLAZUNOV: And a glass container

RICHARDSON: Let's do it

GLAZUNOV: 50% oil, 25% gas, 12.5% acetone and 12.5% rubbing alcohol

RICHARDSON: We need somewhere to test it

GLAZUNOV: By that school property lol

GLAZUNOV: Nah we need a concrete spot, and something to out it out with just Incase

RICHARDSON: Brilliant idea. □

RICHARDSON: We need to go in the middle of nowhere

GLAZUNOV: Yeah

GLAZUNOV: How much do you think the stuff with cost?

RICHARDSON: You got any styrofoam plates at home?

GLAZUNOV: Il grab the acetone in a container and alcohol

RICHARDSON: ?

GLAZUNOV: Yes I do

RICHARDSON: Bring them. I'm going to show you somthing lol

GLAZUNOV: Napalm?

GLAZUNOV: How about we wait until five of us get together?

GLAZUNOV: We can do molotov, napalm and blackpowder

GLAZUNOV: Anything fire realated

RICHARDSON: Yeah, I know how to make the original Vietnam Recipe.

RICHARDSON: Bring the plates.

GLAZUNOV: Just add diesel to it

GLAZUNOV: Fine

RICHARDSON: Alright

RICHARDSON: So you coming now?

GLAZUNOV: Getting ready

GLAZUNOV: You got acetone, rubbing alcohol and gas?

41

GLAZUNOV: And oil?

GLAZUNOV: I can bring a container, even an empty beer bottle

RICHARDSON: I got a bottle

RICHARDSON: You bring the gas and the plates


**04/12/2018:**

GLAZUNOV: We need to make a few of these, call them "Party starters"

*GLAZUNOV sends link to a YouTube video titled, "How to make Fire Bombs Contest WINNER! 1280x720"*

KROLOW: Class c felony coming right up

GLAZUNOV: Why

KROLOW: The gov

KROLOW: Molotov cocktails fall under the same thing

GLAZUNOV: What for the fire bombs

GLAZUNOV: Why is it illegal

KROLOW: Yeah and I have no idea why but f*** them

GLAZUNOV: Even for making one

KROWLOW: Not actually sure for making one but I know it is for using one

GLAZUNOV: How would they find out lol

GLAZUNOV: we could be learning all of this shit

*GLAZUNOV sends link to YouTube video titled, "THE RECRUIT - Spy School: Inside the CIA Training Program, 1 of 2"*

OSHEFSKY: We can make one and test it at my house

GLAZUNOV: Yeah

**04/12/2018:**

GLAZUNOV: Parker, once you become 21 we need to start stock pileing 9mm ammo, for now we can start with .223, .308, 30-06, and 12 gauge

GLAZUNOV: Did you guys know 4-5 birdshot rounds is enough to take down a cinder block wall?

GLAZUNOV: If our future enemies have cinder blocks, I say we make our own entry point

*GLAZUNOV sends image of list of items to collect*



**Gun Upgrades**
- Laser Sight
- Bipod
- Drum Mag(s)
- Mag(s)
- Flashlight
- Sling
- Bayonet
- Scope/Sight
- Grenade Launcher

**Outfit**
- Hats
- Helmet
- Ear Piece
- Shirt
- Jacket
- Vests
- Pants
- Leg Holsters
- Knee Pads
- Boots

**Duty Belt Upgrades**
- Cuffs
- Radios
- Flashlight
- Tourniquets
- Gloves
- Batons
- Pepper Spray
- Taser?

**Other**
- SWAT Shield
- Night Vision
- 16oz Sledge Hammer

GLAZUNOV: Here is a list of stuff we mainly need

44

GLAZUNOV: I think when we go on regular operations, then we don't need the duty belt with all the police gear, but when we go open carry to parades, we do wear duty belts with gear, and for night operations we have all of our light accrsories and night vision

*RICHARDSON sends an image of a substance inside a glass bottle (suspected Napalm Molotov cocktail)*



OSHEFSKY: Wtf is that

OSHEFSKY: April 28th I have a open ticket to go to a huge gun show they
auction and raffle off about 80 firearms

OSHEFSKY: It's in falls

*RICHARDSON sends a video clip*

RICHARDSON: Testing a napalm recipe earlier lmao

**04/13/2018:**

*GLAZUNOV sends Faith Halverson (100009262932456) a video clip*

GLAZUNOV: Me, Parker and Bob being idiots with liquified napalm

Faith Halverson (100009262932456): lmao damn

**04/15/2018:**

GLAZUNOV: HEY GUYS, FROM NOW ON NEVER THROW AWAY
STYROFOAM

GLAZUNOV: We will recycle it into napalm

GLAZUNOV: I'm getting a storage unit this weekend, and we can start making
lots of paint buckets full of them. And beer bottles full of Molotov
cocktails

KROLOW: Sure hope it's somewhere out in the country though

GLAZUNOV: But idk I think it's better to keep napalm, in beer bottles too, if shit
goes down we throw 20 bottles of napalm on the road. As the glass
shatters the napalm will be exposed. And then like 10 Molotov

46

cocktails will light it up, so that we have a road black with

unstoppable fire, napalm and lots of glass

GLAZUNOV: So don't throw away beer bottles either, il take it all

*KROLOW sends thumbs up emoji*

GLAZUNOV: Il start with 150 bottles, il make 100 napalm full and 50 Molotov.

GLAZUNOV: I can pick the storage unit in Plymouth

GLAZUNOV: Let's buy a truck and turn it into a tank/ APC

GLAZUNOV: Like a square body, add angled armor, n shit

**04/15/2018:**

GLAZUNOV: Hey, you wanna join our tactical group, we study CQB

Techniques, Room Clearing, etc, we have a lot of fun with guns, and alcohol.

Including illegal weapons like that Molotov cocktail

GLAZUNOV: There is five of us for now, were taking more people up to 8

Matthew Kiles: (100022289791243): Cool


**04/16/2018:**

Matthew Kiles (100022289791243): Come work at VP tomorrow with me

GLAZUNOV: What they doing?

Matthew Kiles (100022289791243): Rework come so I have someone to talk to

GLAZUNOV: Wait. I can't, tomorrow we are making 200 beer bottles worth of

Molotov cocktails, you know. Incase we ever have to out up a huge

47

fight, we can keep certain roads blocked off with fire

GLAZUNOV: What tiem

GLAZUNOV: *time

Matthew Kiles (100022289791243): 6 or 7 til noon or 1

GLAZUNOV: I might come in at 7-8

GLAZUNOV: I wanna get some sleep in lol

Matthew Kiles (100022289791243): Do it that will give me some one to talk to

GLAZUNOV: Who else going?

GLAZUNOV: If brad is there I will punch out and leave

Matthew Kiles (100022289791243): I don't know

GLAZUNOV: I wanna put aluminium powder into his gas tank 😊

**04/25/2018:**

*GLAZUNOV sends a photograph consistent with military surplus*



Facebook Business Record

GLAZUNOV: 152mm perjectile

Chris Grennen (100012549648122): 😱😱

GLAZUNOV: I'm going to buy a bunch of bird shot shells to cut own, and use a plumbing pipe to re-arm the shell

Chris Grennen (100012549648122): Nice

GLAZUNOV: Where should we hammer it & shoot it

Chris Grennen (100012549648122): Desert

GLAZUNOV: I guess I could build an actual 152mm howitzer and shoot it into the air, hoping a bunch of people die

49

GLAZUNOV: 😊

**05/19/2018:**

GLAZUNOV: So I got meat, charcoal, lighting fluid, matches, paper plates,

marshmallows, chocolate, gram crackers, and stuff to make

Molotov cocktails, acetone, rubbing alcohol, and oil, and we will

need gas too

*-CONVERSTION REGARDING A CAMPING TRIP CONTINUES*

GLAZUNOV: Let's make Molotov cocktails? I got acetone, rubbing alcohol, and

oil, just need gas

GLAZUNOV: 50% Oil, 25% Gas, 12.5% Acetone and 12.5% Rubbing Alcohol

GLAZUNOV: A wik and a lighter

KROLOW: Why would we do that we're going camping

GLAZUNOV: Cause it's fucking fun

GLAZUNOV: Il ask Bob to get me a 6 pack New glarus and use the empty

Bottles

GLAZUNOV: We can easily make 6 cocktails

GLAZUNOV: Is that a go or no go?

KROLOW: We can get the beer but no cocktails

GLAZUNOV: Sir, yes sir

50

**05/20/2018 (reference 05/19/2018 conversation regarding 152mm)**

GLAZUNOV: Parker should bring the 152mm bomb for the open carry 😊😊😊 (Affiant believes that the "Parker" referenced above is Parker Oshefsky and is the possessor of the "152mm bomb")

KROWLOW: Tie some rope around it and carry on back

GLAZUNOV: Lol

### FACEBOOK INFORMATION GENERALLY

43.     Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com.  Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

44.     Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter.  This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.  Facebook also assigns a user identification number to each account.

45.     Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network.  Facebook

51

assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

46.     Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

47.     Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to

52

particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

48. Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

49. Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a

53

Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

50.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

51.     Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages.  Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites.  Facebook users can also become "fans" of particular Facebook pages.

52.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

53.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend.  The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

54.     Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

55.     The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page.  Gifts cost money to

54

purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

56. Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

57. In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

58. Some Facebook pages are affiliated with groups of users, rather than one individual user. Membership in the group is monitored and regulated by the administrator or head of the group, who can invite new members and reject or accept requests by users to enter. Facebook can identify all users who are currently registered to a particular group and can identify the administrator and/or creator of the group. Facebook uses the term "Group Contact Info" to describe the contact information for the group's creator and/or administrator, as well as a PDF of the current status of the group profile page.

59. Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile: profile contact information; News Feed

55

information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

60.    Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address.  These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.  For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

61.    Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).  In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.  Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and

56

the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

62. As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's "Neoprint," IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-

location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

63.     Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## IV. INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

64.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## V. <u>CONCLUSION</u>

65.    Based on the foregoing, I request that the Court issue the prosed search warrant.

66.    This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court of the Eastern District of WISCONSIN is a district court of the United States that has jurisdiction over the offense(s) being investigated, 18 U.S.C. § 2711(3)(A)(i).  Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

## <u>ATTACHMENT A</u>

**Property to Be Searched:**

Information between June 23, 2017, and the present date associated with the following Facebook pages: Facebook page listing with Facebook Usernames, Facebook IDs, and URLs as follows:

a.  "Bob Richardson Jr.," Facebook ID Number 10000420457280, URL: https://www.facebook.com/bobby.richardson.71465;

b.  Facebook Username "Parker Oshefsky," Facebook ID Number 1800416982, URL: https://www.facebook.com/parker.oshefsky;

c.  Facebook Username "Zach Krolow," Facebook User ID Number 100008007335708, URL: https://www.facebook.com/zach.krolow;

d.  Facebook Username "Holden Smith," Facebook User ID Number 100005016887116, URL: https://www.facebook.com/profile.php?id=100005016887116.

1

## ATTACHMENT B

**Particular Things to be Seized:**

### I.      Information to be disclosed by Facebook

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

a.      All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

b.      All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

c.      All photos uploaded by that user ID and all photos uploaded by any user that have that user tagged in them;

d.      All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers;

2

groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

e.  All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

f.  All "check ins" and other location information;

g.  All IP logs, including all records of the IP addresses that logged into the account;

h.  All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked;"

i.  All information about the Facebook pages that the account is or was a "fan" of;

j.  All past and present lists of friends created by the account;

k.  All records of Facebook searches performed by the account;

l.  All information about the user's access and use of Facebook Marketplace;

m.  The types of service utilized by the user;

3

n.      The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

o.      All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

p.      All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. Section 922(g)(5) (possession of firearm by a prohibited person, illegal alien) and 26 U.S.C. Section 5861(f) (making a firearm in violation of NFA –silencer) since June 23, 2017 until the present, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) The relevant offense conduct, any preparatory steps taken in furtherance of the scheme, communications between the suspect and others related to the relevant offense conduct in the above-listed crimes;

(b) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account

4

access, use, and events relating to the crime under investigation and to the Facebook account owner;

(c) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(e) The identity of the person(s) who communicated with the user ID about matters relating to relevant offense conduct of the above-listed crimes, including records that help reveal their whereabouts.

(f) Based on the forgoing, I request that the Court issue the proposed search warrant based on the aforementioned facts.